**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William Dale Brown<br>      Cynthia Irene Brown f/k/a<br>Cynthia Irene Williams<br>              Debtor(s) | CHAPTER 7<br><br>BKY. NO. 21-21618 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Plaza Home Mortgage, Inc. and index same on the master mailing list.

                  Respectfully submitted,

                  /s/   Maria D. Miksich

                  Brian C. Nicholas, Esq. (317240)
                  Maria D. Miksich, Esq. (319383)
                  Rebecca A. Solarz, Esq. (315936)
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  412-430-3594
                  bkgroup@kmllawgroup.com