**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William Dale Brown**
**Cynthia Irene Brown**
**fka Cynthia Irene Williams**
　　Debtor(s)

Bankruptcy Case No.: 21−21618−CMB

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

　　Charles O. Zebley Jr. is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: November 10, 2021

Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-21618-CMB
William Dale Brown  Chapter 7
Cynthia Irene Brown
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 2
Date Rcvd: Nov 10, 2021    Form ID: 129    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Dale Brown, Cynthia Irene Brown, 953 Bridge Avenue, Greensburg, PA 15601-5639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia Irene Brown dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Debtor William Dale Brown dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Maria Miksich | on behalf of Creditor Plaza Home Mortgage Inc. mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: 129 | Total Noticed: 1 |

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6